**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-13278
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

RICCO JEROME HICKS,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cr-00433-MHH-GMB-2
_____

Before LUCK, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Perry Russell Steen, appointed counsel for Ricco Jerome Hicks in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

2                           Opinion of the Court                    25-13278

*Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hicks's conviction and sentence are **AFFIRMED**.